# EXHIBIT 1

Circuit Court of Maryland

[Go Back Now]

**Case Information**

Court System: **Circuit Court for Baltimore City - Civil System**
Case Number: **24C22004662**
Title: **IBN Williams vs Coppin State University, et al**
Case Type: **Contract**   Filing Date: **11/02/2022**
Case Status: **Open/Active**

---

**Plaintiff/Petitioner Information**

*(Each Plaintiff/Petitioner is displayed below)*
Party Type: **Plaintiff**   Party No.: **1**
Business or Organization Name: **IBN Williams**
*Attorney(s) for the Plaintiff/Petitioner*

Name: **Keilty III, Esq, Thomas W**
Appearance Date: **07/06/2023**
Practice Name:
Address: **One South Street**
**Suite 2125**
City: **Baltimore**   State: **MD**   Zip Code: **21202**
Name: **Epstein, Esq, Daniel N**
Appearance Date: **01/19/2023**
Removal Date: **06/30/2023**
Practice Name: **Morgan & Morgan DC, PLLC**
Address: **1901 Penn. Avenue, N.W.**
**Suite 300**
City: **Washington**   State: **DC**   Zip Code: **20006**
Name: **Davis, Esq, Terence**
Appearance Date: **01/19/2023**
Removal Date: **06/30/2023**
Practice Name: **Morgan & Morgan DC, PLLC**
Address: **1901 Penn. Avenue, N.W.**
**Suite 300**
City: **Washington**   State: **DC**   Zip Code: **20006**
Name: **Chambers, Esq, Kayann**
Appearance Date: **01/11/2023**
Removal Date: **06/30/2023**
Practice Name: **Morgan & Morgan DC, PLLC**
Address: **1901 Penn Avenue, N.W.**
**Suite 300**
City: **Washington**   State: **DC**   Zip Code: **20006**
Name: **Anderson, Esq, Peter T**
Appearance Date: **11/02/2022**
Removal Date: **01/11/2023**
Practice Name:
Address: **1901 Pennsylvania Avenue**
**Suite 300**
City: **Washington**   State: **DC**   Zip Code: **20006**
Name: **Bonadio, Esq, Nicholas C**
Appearance Date: **07/25/2023**
Practice Name:
Address: **1 South Street**
**Suite 2125**
City: **Baltimore**   State: **MD**   Zip Code: **21202**

---

**Defendant/Respondent Information**

*(Each Defendant/Respondent is displayed below)*
Party Type: **Defendant**   Party No.: **1**
Business or Organization Name: **Coppin State University**
Address: **2500 W North Ave**
City: **Baltimore**   State: **MD**   Zip Code:
*Attorney(s) for the Defendant/Respondent*

Name: **Lichterman, Esq, Ariel S.**
Appearance Date: **01/18/2023**
Removal Date: **02/06/2023**
Practice Name: **Assistant Attorney General, Dept Public Safety & Corr Services**
Address: **6776 Reisterstown Road**
**Suite 311**
City: **Baltimore**   State: **MD**   Zip Code: **21215**
Name: **Lichterman, Esq, Ariel**
Appearance Date: **02/06/2023**
Practice Name: **Office Of The Attorney General, Higher Education Division**
Address: **200 Saint Paul Place**
**17th Floor**
City: **Baltimore**   State: **MD**   Zip Code: **21202-2021**
Name: **Sheridan, Ann M**
Appearance Date: **08/28/2023**
Practice Name: **Office Of The Attorney General, Civil Division**
Address: **200 St. Paul Place**
**20th Floor**
City: **Baltimore**   State: **MD**   Zip Code: **21202**

**Party Type: Defendant**   Party No.: **3**
Name: **Brownlee, Lucien**
Address: **21 Mott St**
City:   **Lawnside**   State: **NJ**   Zip Code:

*Attorney(s) for the Defendant/Respondent*

Name:            **Collins, Esq, Tiffani S**
Appearance Date: **02/03/2023**
Practice Name:   **Collins Legal Group, LLC**
Address:         **1122 Kenilworth Drive**
                 **Suite 507**
City:            **Townson**   State: **MD**   Zip Code: **21204**

Party Type: **Defendant**   Party No.: **7**
Business or Organization Name: **John Doe**

Party Type: **Defendant**   Party No.: **8**
Business or Organization Name: **ABC Corp.**

Party Type: **Defendant**   Party No.: **9**
Business or Organization Name: **John Does I-X**

Party Type: **Defendant**   Party No.: **2**
Business or Organization Name: **University System Of Maryland**
Address: **701 E Pratte St**
City:   **Baltimore**   State: **MD**   Zip Code:

*Attorney(s) for the Defendant/Respondent*

Name:            **Lichterman, Esq, Ariel S.**
Appearance Date: **01/18/2023**
Removal Date:    **02/06/2023**
Practice Name:   **Assistant Attorney General, Dept Public Safety & Corr Services**
Address:         **6776 Reisterstown Road**
                 **Suite 311**
City:            **Baltimore**   State: **MD**   Zip Code: **21215**
Name:            **Lichterman, Esq, Ariel**
Appearance Date: **02/06/2023**
Practice Name:   **Office Of The Attorney General, Higher Education Division**
Address:         **200 Saint Paul Place**
                 **17th Floor**
City:            **Baltimore**   State: **MD**   Zip Code: **21202-2021**

Party Type: **Defendant**   Party No.: **4**
Name: **Carter, Derek**
Address: **2500 W North Ave.**
City:   **Baltimore**   State: **MD**   Zip Code:

*Attorney(s) for the Defendant/Respondent*

Name:            **Lichterman, Esq, Ariel S.**
Appearance Date: **01/18/2023**
Removal Date:    **02/06/2023**
Practice Name:   **Assistant Attorney General, Dept Public Safety & Corr Services**
Address:         **6776 Reisterstown Road**
                 **Suite 311**
City:            **Baltimore**   State: **MD**   Zip Code: **21215**
Name:            **Lichterman, Esq, Ariel**
Appearance Date: **02/06/2023**
Practice Name:   **Office Of The Attorney General, Higher Education Division**
Address:         **200 Saint Paul Place**
                 **17th Floor**
City:            **Baltimore**   State: **MD**   Zip Code: **21202-2021**

Party Type: **Defendant**   Party No.: **5**
Name: **Dixon, Juan**
Address: **2500 W North Ave.**
City:   **Baltimore**   State: **MD**   Zip Code:

*Attorney(s) for the Defendant/Respondent*

Name:            **Lichterman, Esq, Ariel S.**
Appearance Date: **01/18/2023**
Removal Date:    **02/06/2023**
Practice Name:   **Assistant Attorney General, Dept Public Safety & Corr Services**
Address:         **6776 Reisterstown Road**
                 **Suite 311**
City:            **Baltimore**   State: **MD**   Zip Code: **21215**
Name:            **Lichterman, Esq, Ariel**
Appearance Date: **02/06/2023**
Practice Name:   **Office Of The Attorney General, Higher Education Division**
Address:         **200 Saint Paul Place**
                 **17th Floor**
City:            **Baltimore**   State: **MD**   Zip Code: **21202-2021**

Party Type: **Defendant**   Party No.: **6**
Business or Organization Name: **State Of Maryland**
Address: **100 State Circle**
City:   **Annapolis**   State: **MD**   Zip Code:
Address: **Maryland State Treasurer**
City:   **Annapolis**   State: **MD**   Zip Code: **21401**

*Attorney(s) for the Defendant/Respondent*

| | |
|---|---|
| Name: | **Lichterman, Esq, Ariel S.** |
| Appearance Date: | **01/18/2023** |
| Removal Date: | **02/06/2023** |
| Practice Name: | **Assistant Attorney General, Dept Public Safety & Corr Services** |
| Address: | **6776 Reisterstown Road** |
| | **Suite 311** |
| City: | **Baltimore**   State: **MD**   Zip Code: **21215** |
| Name: | **Lichterman, Esq, Ariel** |
| Appearance Date: | **02/06/2023** |
| Practice Name: | **Office Of The Attorney General, Higher Education Division** |
| Address: | **200 Saint Paul Place** |
| | **17th Floor** |
| City: | **Baltimore**   State: **MD**   Zip Code: **21202-2021** |

**Court Scheduling Information**

Event Type: **Motion Hearing (Civil)**   Notice Date: **06/27/2023**
Event Date: **07/24/2023**   Event Time: **09:30 AM**
Result:      **Held/Concluded**   Result Date: **07/24/2023**

Event Type: **Pre-Trial Conference**   Notice Date: **04/04/2023**
Event Date: **01/08/2024**   Event Time: **11:00 AM**
Result:      Result Date:

Event Type: **Civil Trial**   Notice Date:
Event Date: **02/08/2024**   Event Time: **09:00 AM**
Result:      Result Date:

**Related Persons Information**

*(Each Related person is displayed below)*
Party Type: **Mediator**   Party No.: **1**
Name: **Braverman, Nathan**
Address: **10 E. Lee Street**
City:    **Baltimore**   State: **MD**   Zip Code: **21202**

**Document Tracking**

*(Each Document listed. Documents are listed in Document No./Sequence No. order)*
Doc No./Seq No.: **1/0**
File Date:       **11/02/2022**   Entered Date: **11/03/2022**   Decision:
Party Type:      **Plaintiff**   Party No.: **1**
Document Name: **Complaint with Request for Jury Trial**

Doc No./Seq No.: **1/1**
File Date:       **02/03/2023**   Entered Date: **02/08/2023**   Decision:
Party Type:      **Defendant**   Party No.: **3**
Document Name: **Defendant's Answer to Complaint**

Doc No./Seq No.: **2/0**
File Date:       **12/05/2022**   Entered Date: **12/05/2022**   Decision:
Party Type:      **Defendant**   Party No.: **3**
Document Name: **Affidavit of Service - Served**
                **WRIT OF SUMMONS (Private Process) served 11/25/22**

Doc No./Seq No.: **3/0**
File Date:       **12/06/2022**   Entered Date: **12/07/2022**   Decision:
Party Type:      **Defendant**   Party No.: **1**
Document Name: **Affidavit of Service - Served**
                **WRIT OF SUMMONS (Private Process) served 11/29/22**

Doc No./Seq No.: **4/0**
File Date:       **12/06/2022**   Entered Date: **12/07/2022**   Decision:
Party Type:      **Defendant**   Party No.: **2**
Document Name: **Affidavit of Service - Served**
                **WRIT OF SUMMONS (Private Process) served 11/29/22**

Doc No./Seq No.: **5/0**
File Date:       **12/06/2022**   Entered Date: **12/07/2022**   Decision:
Party Type:      **Defendant**   Party No.: **4**
Document Name: **Affidavit of Service - Served**
                **WRIT OF SUMMONS (Private Process) served 11/29/22**

Doc No./Seq No.: **6/0**
File Date:       **12/06/2022**   Entered Date: **12/07/2022**   Decision:
Party Type:      **Defendant**   Party No.: **5**
Document Name: **Affidavit of Service - Served**
                **WRIT OF SUMMONS (Private Process) served 11/29/22**

Doc No./Seq No.: **7/0**
File Date:       **12/27/2022**   Entered Date: **12/28/2022**   Decision: **Granted**
Party Type:      **Defendant**   Party No.: **3**
Document Name: **Consent Motion to Extend Time to Respond**

Doc No./Seq No.: **7/1**
File Date:       **01/04/2023**   Entered Date: **01/04/2023**   Decision:
Document Name: **Order of Court**
                **ORDERED that the Motion (#7) is GRANTED. Judge Fletcher-Hill.**

Doc No./Seq No.: **7/2**
File Date: **01/04/2023** Entered Date: **01/04/2023** Decision:
Document Name: **Copies Mailed**

---

Doc No./Seq No.: **8/0**
File Date: **12/27/2022** Entered Date: **12/28/2022** Decision:
Party Type: **Defendant** Party No.: **3**
Document Name: **Line**

---

Doc No./Seq No.: **9/0**
File Date: **01/18/2023** Entered Date: **01/19/2023** Decision:
Party Type: **Defendant** Party No.: **1**
Document Name: **Defendant's Consent Motion for Extending of Time to File Responsive Pleading**
Filed by DEF001-Coppin State University, DEF002-University System Of Maryland, DEF004-Carter, DEF005-Dixon

---

Doc No./Seq No.: **9/1**
File Date: **01/20/2023** Entered Date: **01/24/2023** Decision: **Granted**
Document Name: **ORDER**
ORDERED; That the University Defendants' Motion for Extension of Time is hereby GRANTED; andThe University Defendants shall file a single response to the Complaint within thirty (30) days after proper service of the Complaint upon the State Treasurer.See Order for further details.Judge Nugent

---

Doc No./Seq No.: **9/2**
File Date: **01/24/2023** Entered Date: **01/24/2023** Decision:
Document Name: **Copies Mailed**

---

Doc No./Seq No.: **10/0**
File Date: **01/11/2023** Entered Date: **01/25/2023** Decision:
Party Type: **Plaintiff** Party No.: **1**
Document Name: **Joint Motion for Substitution of Counsel**

---

Doc No./Seq No.: **11/0**
File Date: **01/19/2023** Entered Date: **01/25/2023** Decision:
Party Type: **Plaintiff** Party No.: **1**
Document Name: **Withdrawal of Appearance**

---

Doc No./Seq No.: **12/0**
File Date: **01/25/2023** Entered Date: **01/25/2023** Decision:
Party Type: **Plaintiff** Party No.: **1**
Document Name: **Attorney Appearance Removed**
Peter T Anderson

---

Doc No./Seq No.: **13/0**
File Date: **01/11/2023** Entered Date: **01/26/2023** Decision:
Party Type: **Plaintiff** Party No.: **1**
Document Name: **Request to Reissue Summons**

---

Doc No./Seq No.: **14/0**
File Date: **02/09/2023** Entered Date: **02/09/2023** Decision:
Document Name: **Standard Track Scheduling Order Generat**

---

Doc No./Seq No.: **15/0**
File Date: **02/06/2023** Entered Date: **02/14/2023** Decision:
Party Type: **Defendant** Party No.: **6**
Document Name: **Line to Update Address**

---

Doc No./Seq No.: **16/0**
File Date: **02/15/2023** Entered Date: **02/15/2023** Decision:
Party Type: **Defendant** Party No.: **1**
Document Name: **Attorney Appearance Removed and Re-entered for Address Correction**
Ariel S Lichterman

---

Doc No./Seq No.: **17/0**
File Date: **02/15/2023** Entered Date: **02/15/2023** Decision:
Party Type: **Defendant** Party No.: **2**
Document Name: **Attorney Appearance Removed and Re-entered for Address Correction**
Ariel S Lichterman

---

Doc No./Seq No.: **18/0**
File Date: **02/15/2023** Entered Date: **02/15/2023** Decision:
Party Type: **Defendant** Party No.: **4**
Document Name: **Attorney Appearance Removed and Re-entered for Address Correction**
Ariel S Lichterman

---

Doc No./Seq No.: **19/0**
File Date: **02/15/2023** Entered Date: **02/15/2023** Decision:
Party Type: **Defendant** Party No.: **5**
Document Name: **Attorney Appearance Removed and Re-entered for Address Correction**
Ariel S Lichterman

---

Doc No./Seq No.: **20/0**
File Date: **02/15/2023** Entered Date: **02/15/2023** Decision:

| | |
|---|---|
| Party Type: | **Defendant** Party No.: **6** |
| Document Name: | **Attorney Appearance Removed and Re-entered for Address Correction** |
| | **Ariel S Lichterman** |

Doc No./Seq No.: **21/0**
File Date: **03/16/2023**   Entered Date: **03/16/2023**   Decision: **Vacated/Set Aside**
Document Name: **Order for Mediation Issued**

Doc No./Seq No.: **22/0**
File Date: **03/21/2023**   Entered Date: **03/23/2023**   Decision:
Party Type: **Plaintiff**   Party No.: **1**
Document Name: **Request to Reissue Summons**

Doc No./Seq No.: **23/0**
File Date: **03/23/2023**   Entered Date: **03/28/2023**   Decision:
Party Type: **Plaintiff**   Party No.: **1**
Document Name: **Motion for Special Admission Pro Hac Vic**

Doc No./Seq No.: **24/0**
File Date: **03/29/2023**   Entered Date: **03/29/2023**   Decision:
Document Name: **Notice of Cont. Dismissal Lack of Juris.**
**John Doe\nABC Corp.\n**

Doc No./Seq No.: **24/1**
File Date: **04/27/2023**   Entered Date: **05/01/2023**   Decision:
Party Type: **Plaintiff**   Party No.: **1**
Document Name: **Plaintiff's Response to Notification to Parties of Contemplated Dismissal**

Doc No./Seq No.: **25/0**
File Date: **04/04/2023**   Entered Date: **04/04/2023**   Decision:
Document Name: **Batch Hearing Notice Sent**
Event: PTC Block Date: 01/08/24 Facility: 511\nPARTIES : \nLichterman, Ariel 200 Saint Paul Place 17th Floor, Baltimore, MD, 212022021\nCollins, Tiffani 20 South Charles Street Suite 901, Baltimore, MD, 21201\nJohn Doe, , , , \nABC Corp., , , , \nBraverman, Nathan 10 E. Lee Street #2105, Baltimore, MD, 21202\nEpstein, Daniel 1901 Penn. Avenue, N.W. Suite 300, Washington, DC, 20006\nDavis, Terence 1901 Penn. Avenue, N.W. Suite 300, Washington, DC, 20006\nChambers, Kayann 1901 Penn Avenue, N.W. Suite 300, Washington, DC, 20006\n

Doc No./Seq No.: **26/0**
File Date: **04/14/2023**   Entered Date: **04/17/2023**   Decision: **Granted**
Party Type: **Defendant**   Party No.: **3**
Document Name: **Defendant's Motion to Vacate Order for Mediation**

Doc No./Seq No.: **26/1**
File Date: **05/02/2023**   Entered Date: **05/02/2023**   Decision:
Document Name: **Order of Court**
ORDERED that the motion be and hereby is GRANTED; and it is further ORDERED that the order for mediation by this court on March 16, 2023, be and hereby is VACATED.Judge: E Atas

Doc No./Seq No.: **26/2**
File Date: **05/02/2023**   Entered Date: **05/02/2023**   Decision:
Document Name: **Copies Mailed**

Doc No./Seq No.: **27/0**
File Date: **04/27/2023**   Entered Date: **05/01/2023**   Decision: **Granted**
Party Type: **Plaintiff**   Party No.: **1**
Document Name: **Motion for Special Admission of Daniel N. Epstein, Esq**

Doc No./Seq No.: **27/1**
File Date: **05/18/2023**   Entered Date: **05/18/2023**   Decision:
Document Name: **Order of Court**
ORDERED that the motion for special admission of Daniel N. Epstein be, and hereby is, GRANTED (see order)Judge: G Sampson

Doc No./Seq No.: **27/2**
File Date: **05/18/2023**   Entered Date: **05/18/2023**   Decision:
Document Name: **Copies Mailed**

Doc No./Seq No.: **28/0**
File Date: **05/10/2023**   Entered Date: **05/11/2023**   Decision:
Party Type: **Defendant**   Party No.: **3**
Document Name: **Notice of Service of Discovery Material**

Doc No./Seq No.: **29/0**
File Date: **05/10/2023**   Entered Date: **05/11/2023**   Decision:
Party Type: **Defendant**   Party No.: **3**
Document Name: **Notice of Service of Discovery Material**

Doc No./Seq No.: **30/0**
File Date: **05/12/2023**   Entered Date: **05/15/2023**   Decision: **Granted**

| | | |
|---|---|---|
| Party Type: | **Plaintiff**  Party No.: **1** | |
| Document Name: | **Plaintiff's Consent Motion to Extend the Plaintiff's Deadline to Identify Expert** | |

| | | |
|---|---|---|
| Doc No./Seq No.: | **30/1** | |
| File Date: | **05/18/2023**  Entered Date: **05/18/2023**  Decision: | |
| Document Name: | **Order of Court** | |
| | It is this 16th day of May, 2023, hereby ORDERED that the Motion is GRANTED.Please see order for detailsJudge Nugent | |

| | | |
|---|---|---|
| Doc No./Seq No.: **30/2** | | |
| File Date: | **05/18/2023**  Entered Date: **05/18/2023**  Decision: | |
| Document Name: **Copies Mailed** | | |

| | | |
|---|---|---|
| Doc No./Seq No.: | **31/0** | |
| File Date: | **05/18/2023**  Entered Date: **05/19/2023**  Decision: **Granted** | |
| Party Type: | **Defendant**  Party No.: **1** | |
| Document Name: | **Motion to Stay Discovery Pending Disposition of Their Motion to Dismiss** | |
| | Filed by DEF001-Coppin State University, DEF002-University System Of Maryland, DEF004-Carter, DEF005-Dixon, DEF006-State Of Maryland | |

| | | |
|---|---|---|
| Doc No./Seq No.: | **31/1** | |
| File Date: | **06/14/2023**  Entered Date: **06/14/2023**  Decision: | |
| Document Name: | **Order of Court** | |
| | .....................Ordered;that the university defendant's motion to stay discovert is hereby granted; anddiscovery and all other deadlines in this matter are stayed pending disposition of the university defendant's motion to dismiss.Judge Geller | |

| | | |
|---|---|---|
| Doc No./Seq No.: **31/2** | | |
| File Date: | **06/14/2023**  Entered Date: **06/14/2023**  Decision: | |
| Document Name: **Copies Mailed** | | |

| | | |
|---|---|---|
| Doc No./Seq No.: **32/0** | | |
| File Date: | **05/18/2023**  Entered Date: **05/24/2023**  Decision: **Granted** | |
| Party Type: | **Defendant**  Party No.: **1** | |
| Document Name: **Motion to Dismiss** | | |

| | | |
|---|---|---|
| Doc No./Seq No.: **32/1** | | |
| File Date: | **06/16/2023**  Entered Date: **06/22/2023**  Decision: | |
| Party Type: | **Plaintiff**  Party No.: **1** | |
| Document Name: **Memorandum in opposition to motion to dismiss** | | |

| | | |
|---|---|---|
| Doc No./Seq No.: **32/2** | | |
| File Date: | **06/16/2023**  Entered Date: **06/23/2023**  Decision: | |
| Party Type: | **Plaintiff**  Party No.: **1** | |
| Document Name: **Request for Hearing on Selected Motion** | | |

| | | |
|---|---|---|
| Doc No./Seq No.: | **32/3** | |
| File Date: | **07/18/2023**  Entered Date: **07/19/2023**  Decision: | |
| Party Type: | **Defendant**  Party No.: **1** | |
| Document Name: | **Reply Memorandum of Law in Support of Motion to Dismiss** | |
| | Filed by DEF001-Coppin State University, DEF002-University System Of Maryland, DEF005-Dixon, DEF004-Carter | |

| | | |
|---|---|---|
| Doc No./Seq No.: | **32/4** | |
| File Date: | **07/24/2023**  Entered Date: **07/26/2023**  Decision: | |
| Document Name: | **Order of the Court** | |
| | It is this 24th day of July 2023, ORDERED that Defendants' Motion is GRANTED As to Defendants Coppin State University, The University System of Maryland, the State of Maryland, Derek Carter and Juan Dixon only. (See Order for details). It is further ORDERED the Plaintiff is granted leave to amend its complaint.Judge M. Copeland | |

| | | |
|---|---|---|
| Doc No./Seq No.: **32/5** | | |
| File Date: | **07/26/2023**  Entered Date: **07/26/2023**  Decision: | |
| Document Name: **Copies Mailed** | | |

| | | |
|---|---|---|
| Doc No./Seq No.: **33/0** | | |
| File Date: | **05/23/2023**  Entered Date: **05/25/2023**  Decision: | |
| Party Type: | **Defendant**  Party No.: **6** | |
| Document Name: **Return of Service - Served** | | |
| | **WRIT OF SUMMONS (Private Process) served 04/27/23** | |

| | | |
|---|---|---|
| Doc No./Seq No.: **34/0** | | |
| File Date: | **05/31/2023**  Entered Date: **06/01/2023**  Decision: **Granted** | |
| Party Type: | **Plaintiff**  Party No.: **1** | |
| Document Name: | **Consent Motion to Extend the Plaintiff's Deadline to Responsd to Defendant's Motion to Dismiss** | |

| | | |
|---|---|---|
| Doc No./Seq No.: | **34/1** | |
| File Date: | **06/08/2023**  Entered Date: **06/08/2023**  Decision: | |
| Document Name: | **Order of Court** | |

It is this 6th day of June, 2023, hereby ORDERED that the Motion is GRANTED.Please see order for details.Judge Nugent

**Doc No./Seq No.:** 34/2
**File Date:** 06/08/2023   **Entered Date:** 06/08/2023   **Decision:**
**Document Name:** Copies Mailed

---

**Doc No./Seq No.:** 35/0
**File Date:** 06/26/2023   **Entered Date:** 06/26/2023   **Decision:**
**Document Name:** Notice Motion Hearing Sent

Event: MOTN Block Date: 07/24/23 Facility: 113\nPARTIES : \nLichterman, Ariel 200 Saint Paul Place 17th Floor, Baltimore, MD, 212022021\nCollins, Tiffani 20 South Charles Street Suite 901, Baltimore, MD, 21201\nJohn Doe, , , , \nABC Corp., , , , \nBraverman, Nathan 10 E. Lee Street #2105, Baltimore, MD, 21202\nEpstein, Daniel 1901 Penn. Avenue, N.W. Suite 300, Washington, DC, 20006\nDavis, Terence 1901 Penn. Avenue, N.W. Suite 300, Washington, DC, 20006\nChambers, Kayann 1901 Penn Avenue, N.W. Suite 300, Washington, DC, 20006\n

---

**Doc No./Seq No.:** 36/0
**File Date:** 06/27/2023   **Entered Date:** 06/27/2023   **Decision:**
**Document Name:** Notice Motion Hearing Sent

Event: MOTN Block Date: 07/24/23 Facility: 113\nPARTIES : \nLichterman, Ariel 200 Saint Paul Place 17th Floor, Baltimore, MD, 212022021\nCollins, Tiffani 20 South Charles Street Suite 901, Baltimore, MD, 21201\nJohn Doe, , , , \nABC Corp., , , , \nBraverman, Nathan 10 E. Lee Street #2105, Baltimore, MD, 21202\nEpstein, Daniel 1901 Penn. Avenue, N.W. Suite 300, Washington, DC, 20006\nDavis, Terence 1901 Penn. Avenue, N.W. Suite 300, Washington, DC, 20006\nChambers, Kayann 1901 Penn Avenue, N.W. Suite 300, Washington, DC, 20006\n

---

**Doc No./Seq No.:** 37/0
**File Date:** 06/30/2023   **Entered Date:** 07/03/2023   **Decision:**
**Party Type:** Plaintiff   **Party No.:** 1
**Document Name:** Line Withdrawal and Sustitution of Counsel
(Thomas Keilty Esq. to enter own appearance at a later date)

---

**Doc No./Seq No.:** 38/0
**File Date:** 07/03/2023   **Entered Date:** 07/03/2023   **Decision:**
**Party Type:** Plaintiff   **Party No.:** 1
**Document Name:** Attorney Appearance Removed
Terence Davis

---

**Doc No./Seq No.:** 39/0
**File Date:** 07/03/2023   **Entered Date:** 07/03/2023   **Decision:**
**Party Type:** Plaintiff   **Party No.:** 1
**Document Name:** Attorney Appearance Removed
Kayann Chambers

---

**Doc No./Seq No.:** 40/0
**File Date:** 07/03/2023   **Entered Date:** 07/03/2023   **Decision:**
**Party Type:** Plaintiff   **Party No.:** 1
**Document Name:** Attorney Appearance Removed
Daniel N Epstein

---

**Doc No./Seq No.:** 41/0
**File Date:** 07/03/2023   **Entered Date:** 07/03/2023   **Decision:**
**Document Name:** Notice to Employ New Counsel

---

**Doc No./Seq No.:** 42/0
**File Date:** 07/05/2023   **Entered Date:** 07/05/2023   **Decision:**
**Party Type:** Defendant   **Party No.:** 7
**Document Name:** Dismissed w/o prejudice as to certain parties pursuant to Md. Rule 2-507(b).

---

**Doc No./Seq No.:** 43/0
**File Date:** 07/05/2023   **Entered Date:** 07/05/2023   **Decision:**
**Party Type:** Defendant   **Party No.:** 8
**Document Name:** Dismissed w/o prejudice as to certain parties pursuant to Md. Rule 2-507(b).

---

**Doc No./Seq No.:** 44/0
**File Date:** 07/03/2023   **Entered Date:** 07/06/2023   **Decision:**
**Party Type:** Plaintiff   **Party No.:** 1
**Document Name:** ENTRY OF APPEARANCE

---

**Doc No./Seq No.:** 45/0
**File Date:** 07/24/2023   **Entered Date:** 07/24/2023   **Decision:**
**Document Name:** Open Court Proceeding

IBN WILLIAMS V COPPIN STATE UNIVERSITY ET ALCASE # 24-C-22-24427/24/23 CASE SUBMITTED TO THE COURT FOR DETERMINATION WITHOUT THE AID OF A JURY (COPELAND, J )7/24/23 DEFENDANT COPPIN STATE UNIVERSITY AND UNIVERSITY SYSTEM OF MARYLAND MOTION TO DISMISS HEARD AND "GRANTED". ORDER FILED. (COPELAND, J )

---

**Doc No./Seq No.:** 46/0
**File Date:** 07/17/2023   **Entered Date:** 07/25/2023   **Decision:**
**Party Type:** Plaintiff   **Party No.:** 1
**Document Name:** ENTRY OF APPEARANCE

---

**Doc No./Seq No.:** 47/0

| | |
|---|---|
| File Date: | 08/11/2023   Entered Date: 08/14/2023   Decision: **Granted** |
| Party Type: | **Defendant**   Party No.: **3** |
| Document Name: | **Consent Motion to Extend Time to File Defendant's Expert Designation** |

Doc No./Seq No.: **47/1**
File Date: **08/24/2023**   Entered Date: **08/24/2023**   Decision:
Document Name: **Order of Court**
ORDERED THAT CONSENT MOTION TO EXTEND TIME TO FILE DEFENDANT'S EXPERT DESIGNATION BE AND IS GRANTED, JUDGE J. NUGENT (SEE ORIGINAL ORDER)

Doc No./Seq No.: **47/2**
File Date: **08/24/2023**   Entered Date: **08/24/2023**   Decision:
Document Name: **Copies Mailed**

Doc No./Seq No.: **48/0**
File Date: **08/23/2023**   Entered Date: **08/24/2023**   Decision:
Party Type: **Plaintiff**   Party No.: **1**
Document Name: **Amended Complaint**

Doc No./Seq No.: **48/1**
File Date: **09/07/2023**   Entered Date: **09/20/2023**   Decision:
Party Type: **Defendant**   Party No.: **3**
Document Name: **Answer to Complaint**

Doc No./Seq No.: **49/0**
File Date: **08/23/2023**   Entered Date: **08/24/2023**   Decision:
Party Type: **Plaintiff**   Party No.: **1**
Document Name: **Line of Clarification**
Filed by Attorney: Thomas W Keilty III Esq

Doc No./Seq No.: **50/0**
File Date: **08/29/2023**   Entered Date: **08/30/2023**   Decision: **Granted**
Party Type: **Defendant**   Party No.: **1**
Document Name: **Consent Motion for Extension of Time to File Responsive Pleading**
Filed by DEF001-Coppin State University, DEF004-Carter, DEF005-Dixon

Doc No./Seq No.: **50/1**
File Date: **09/07/2023**   Entered Date: **09/07/2023**   Decision:
Document Name: **Order of Court**
................Ordered that the University defendants motion for extension of time is hereby granted and extended to 09-14-23.Judge Nugent

Doc No./Seq No.: **51/0**
File Date: **08/28/2023**   Entered Date: **09/07/2023**   Decision:
Party Type: **Defendant**   Party No.: **1**
Document Name: **Attorney Appearance Filed**

Doc No./Seq No.: **52/0**
File Date: **09/13/2023**   Entered Date: **09/14/2023**   Decision:
Party Type: **Defendant**   Party No.: **1**
Document Name: **Defendants Consent Motion for Extension of Time to File Responsive Pleading**
Filed by DEF001-Coppin State University, DEF002-University System Of Maryland, DEF004-Carter, DEF005-Dixon

Doc No./Seq No.: **53/0**
File Date: **09/18/2023**   Entered Date: **09/19/2023**   Decision:
Party Type: **Defendant**   Party No.: **1**
Document Name: **Motion to Dismiss Amended Complaint, Memorandum**
Filed by DEF001-Coppin State University, DEF002-University System Of Maryland, DEF006-State Of Maryland, DEF005-Dixon, DEF004-Carter

*This is an electronic case record. Full case information cannot be made available either because of legal restrictions on access to case records found in Maryland Rules, or because of the practical difficulties inherent in reducing a case record into an electronic format.*