# EXHIBIT 3

```
              CIRCUIT COURT FOR BALTIMORE CITY
                       Marilyn Bentley
                 Clerk of the Circuit Court
                       Courthouse East
                   111 North Calvert Street
                          Room 462
                      Baltimore, MD 21202-
           (410)-333-3722, TTY for Deaf: (410)-333-4389
```

W R I T   O F   S U M M O N S   ( P r i v a t e   P r o c e s s )

Case Number: 24-C-22-004662 CN
C I V I L

IBN Williams vs Coppin State University, et al

STATE OF MARYLAND, BALTIMORE CITY, TO WIT:

To: UNIVERSITY SYSTEM OF MARYLAND
701 E Pratte St
Baltimore, MD

You are hereby summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this court, to the attached Complaint filed by: IBN Williams

WITNESS the Honorable Chief Judge of the Eighth Judicial Circuit of Maryland

Date Issued: 11/03/22

Marilyn Bentley
Clerk of the Circuit Court

To the person summoned:

FAILURE TO FILE A RESPONSE WITHIN THE TIME ALLOTTED MAY RESULT IN A JUDGMENT BY DEFAULT OR THE GRANTING OF THE RELIEF SOUGHT AGAINST YOU.

Personal attendance in court on the day named is NOT required.