# EXHIBIT 4

```
                CIRCUIT COURT FOR BALTIMORE CITY
                        Marilyn Bentley
                   Clerk of the Circuit Court
                         Courthouse East
                    111 North Calvert Street
                            Room 462
                       Baltimore, MD 21202-
         (410)-333-3722, TTY for Deaf: (410)-333-4389
```

WRIT  OF  SUMMONS  (Private  Process)
Case Number: 24-C-22-004662 CN
C I V I L

IBN Williams vs Coppin State University, et al

STATE OF MARYLAND, BALTIMORE CITY, TO WIT:

    To: UNIVERSITY SYSTEM OF MARYLAND
        701 E Pratte St
        Baltimore, MD

You are hereby summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this court, to the attached Complaint filed by: IBN Williams

WITNESS the Honorable Chief Judge of the Eighth Judicial Circuit of Maryland

Date Issued: 11/03/22

*Marilyn Bentley*
Marilyn Bentley
Clerk of the Circuit Court

To the person summoned:

FAILURE TO FILE A RESPONSE WITHIN THE TIME ALLOTTED MAY RESULT IN A JUDGMENT BY DEFAULT OR THE GRANTING OF THE RELIEF SOUGHT AGAINST YOU.

Personal attendance in court on the day named is NOT required.