# EXHIBIT 6

**IN THE CIRCUIT COURT FOR BALTIMORE CITY, MARYLAND**

| | |
|---|---|
| IBN WILLIAMS | * |
| *Plaintiff,* | *   Case No.: 24-C-22-004662 |
| v. | * |
| COPPIN STATE UNIVERSITY, et. al. | * |
| *Defendants.* | * |

\* \* \* \* \* \* \* \* \* \* \* \*

**LINE**

Dear Sir or Madam:

    Please note that Defendant's Motion filed December 27, 2022, is titled Consent Motion to Extend Time to Respond erroneously. It should have been titled Consent Motion to Extend Time to Answer.

    Respectfully Submitted,
COLLINS LEGAL GROUP, LLC

Tiffani S. Collins, Esquire
AIS No.: 0812180179
20 S. Charles Street, Suite 901
Baltimore, Maryland 21201
O: (410) 462-4529
F: (410) 995-7200
tiffani@tcollinslaw.com
*Counsel for Lucian Brownlee*

COLLINS LEGAL GROUP
20 S. Charles Street
Suite 901
Baltimore, MD 21201
O: (410) 462-4529
F: (410) 995-7200

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of December 2022 a copy of the foregoing Line was served via Electronic Mail and first-class Mail postage prepaid to:

Peter T. Anderson, Esquire
Morgan & Morgan
1901 Pennsylvania Avenue, Suite 300
Washington, DC 20006
Panderson@forthepeople.com

Tiffani S. Collins, Esquire

OLLINS LEGAL GROUP
J S. Charles Street
uite 901
altimore, MD 21201
: (410) 462-4529
: (410) 995-7200