# EXHIBIT 7

## IN THE CIRCUIT COURT FOR BALTIMORE CITY, MARYLAND

IBN WILLIAMS                           *

    *Plaintiff*,                      *        Case No.: 24-C-22-004662

v.                                     *

COPPIN STATE UNIVERSITY, et. al.       *

    *Defendants*.                   *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### CONSENT MOTION TO EXTEND TIME TO RESPOND

NOW COMES Defendant, Lucian Brownlee (hereinafter, "Defendant"), by and through his attorney Tiffani S. Collins, Esq. and Collins Legal Group, LLC, and hereby files this Consent Motion to Extend Time to Respond and in support states:

1. On or around November 2, 2022, Plaintiff Ibn Williams filed a Complaint.

2. On or around November 25, 2022, Defendant Lucian Brownlee was served with the complaint.

3. Pursuant to the Maryland Rules of Civil Procedure, Plaintiff's response is due on or about December 27, 2022.

4. Counsel for Plaintiff consented to a 30-day extension for Plaintiff to respond to Defendants' motion.

5. That Plaintiff's response will now be due on January 26, 2023.

6. There is no prejudice to any party.

7. For the reason enumerated above, Defendant's motion should be granted.

WHEREFORE, Defendant respectfully request this Honorable Court GRANT this Consent Motion to Extend Time to Respond.

**SIGNATURE ON NEXT PAGE**

COLLINS LEGAL GROUP
20 S. Charles Street
Suite 901
Baltimore, MD 21201
O: (410) 462-4529
F: (410) 995-7200

Respectfully Submitted,
COLLINS LEGAL GROUP, LLC

*[signature]*

Tiffani S. Collins, Esquire
AIS No. 0812180179
20 S. Charles Street, Suite 901
Baltimore, Maryland 21201
O: (410) 462-4529
F: (410) 995-7200
tiffani@tcollinslaw.com
*Counsel for Lucian Brownlee*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of December 2022 a copy of the foregoing Plaintiff's Consent Motion to Extend Time to Respond was served via Electronic Mail and first-class Mail postage prepaid to:

Peter T. Anderson, Esquire
Morgan & Morgan
1901 Pennsylvania Avenue, Suite 300
Washington, DC 20006
Panderson@forthepeople.com

*[signature]*

Tiffani S. Collins, Esquire

COLLINS LEGAL GROUP
20 S. Charles Street
Suite 901
Baltimore, MD 21201
O: (410) 462-4529
F: (410) 995-7200