# EXHIBIT 8

IN THE CIRCUIT COURT FOR BALTIMORE CITY, MARYLAND

| | | |
|---|---|---|
| IBN WILLIAMS | * | |
| *Plaintiff,* | * | Case No.: 24-C-22-004662 |
| v. | * | |
| COPPIN STATE UNIVERSITY, et. al. | * | |
| *Defendants.* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Upon consideration of the Defendant's Consent Motion to Extend Time to Respond, and any/ no opposition thereto, it is this 30th day of December 2022 hereby

ORDERED that Defendant's Consent Motion to Extend Time to Respond be and is GRANTED; and it is further

ORDERED that Plaintiff's Response to Defendant's Motion to Dismiss will now be due on January 26, 2023.

Judge, Lawrence P. Fletcher-Hill
The Judge's signature appears on the original document.
JUDGE, Circuit Court

Cc:   Sent to all counsel of record

COLLINS LEGAL GROUP
20 S. Charles Street
Suite 901
Baltimore, MD 21201
O: (410) 462-4529
F: (410) 995-7200