# EXHIBIT 10

MARYLAND:   IN THE CIRCUIT COURT OF BALTIMORE CITY

**IBN WILLIAMS**

*Plaintiff*

v.

Case No. 24-C-22-004662

**COPPIN STATE UNIVERSITY**, *et al*

*Defendants*

## KAYANN S. CHAMBERS'S WITHDRAWAL OF APPERANCE

The Court is hereby notified that Kayann S. Chambers, Esq. of Morgan & Morgan shall be withdrawn as counsel for Plaintiff in this matter. Terence Davis, Esq. of Morgan & Morgan, and Daniel N. Epstein of Epstein Ostrove shall proceed as Plaintiff's counsel of record.

_____
Terence Davis (Bar No. #1612130129)
MORGAN & MORGAN DC, PLLC
1901 Penn. Ave., N.W., Ste. 300
Washington, DC 20006
Tel: 202-772-0595
Fax: 202-772-0645
tdavis@forthepeople.com
Counsel for Plaintiff

Respectfully Submitted

*[signature: Terence Davis]*

Terence Davis (Bar No. #1612130129)
MORGAN & MORGAN DC, PLLC
1901 Penn. Ave., N.W., Ste. 300
Washington, DC 20006
Tel: 202-772-0595
Fax: 202-772-0645
tdavis@forthepeople.com

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was served via certified mail, on the 18th day of January, 2023 to:

Ariel Lichterman
Assistant Attorney General
Office of the Attorney General
Higher Education Division
200 Saint Paul Place, 17th Floor
Baltimore, Maryland 21202
alichterman@oag.state.md.us
(410) 576-6459

*[signature: Terence Davis]*

_____
Terence Davis

**MORGAN & MORGAN**

January 18, 2023



**SENT VIA CERTIFIED MAIL**
Ariel Lichterman
Assistant Attorney General
Office of the Attorney General
Higher Education Division
200 Saint Paul Place, 17th Floor
Baltimore, Maryland 21202

Case No.: 24-C-22-004662 CN

Dear Mr. Lichterman:

Enclosed please find your physical copy of Kayann Chambers' withdrawal of counsel on the matter relating to Ibn Williams.

If you have any questions, please do not hesitate to contact me.

Thank you,

Jasmin Enciu
1901 Penn. Ave. NW., Ste. 300
Washington, D.C. 20006
Tel: 202-772-0575
E-Mail: jenciu@forthepeople.com
*Paralegal at Morgan & Morgan DC, PPLC*

