# EXHIBIT 11

IN THE
CIRCUIT COURT FOR BALTIMORE CITY

| | |
|---|---|
| IBN WILLIAMS, *Plaintiff*, | * |
| v. | * Civil Case No. 24-C-22-004662 |
| COPPIN STATE UNIVERSITY, et al., *Defendants*. | * |

\* \* \* \* \* \* \* \* \* \* \* \*

## ~~PROPOSED~~ ORDER

Upon consideration of the Consent Motion for Extension of Time to File a Responsive Pleading filed by Defendants Coppin State University, the University System of Maryland, the State of Maryland, Derek Carter, and Juan Dixon, (collectively the "University Defendants"), and good cause appearing therefore, it is this 20th day of January, 2023, ORDERED:

That the University Defendants' Motion for Extension of Time is hereby GRANTED; and

The University Defendants shall file a single response to the Complaint within thirty (30) days after proper service of the Complaint upon the State Treasurer.

**Judge John Nugent**
Judge's Signature appears on the original document