# EXHIBIT 12

CIRCUIT COURT FOR BALTIMORE CITY
Xavier A. Conaway, Clerk of the Circuit Court
Courthouse East
111 North Calvert Street
Baltimore, MD 21202-
(410)-333-3722, TTY for Deaf: (410)-333-4389

FILE COPY

**IN RE: 24-C-22-004662 / IBN Williams vs Coppin State University, et al**

### ORDER FOR MEDIATION

The parties in this case are ordered to submit to two hours of mediation that shall be completed by **11/11/23**.

A. The below listed individual has been designated by this Court to be the mediator of this dispute. Each party is required to contact the mediator **within 30 days of the date of this order** to establish a mediation conference date in compliance with the attached instructions. The mediation conference must be scheduled so that mediation will be completed within the time set forth on this Order.

Court Appointed Mediator:

**Nathan  Braverman
10 E. Lee Street
#2105
Baltimore, MD 21202
Phone: (410)-733-3082**

B. If the parties choose to select a mediator for this case, a "Request to Substitute Mediator" shall be filed with the Clerk's office (with a copy faxed to the ADR Office at (410)396-7378). MD Rule 17-202(g).

C. If one or more of the parties believes mediation is not appropriate for this case, a written motion shall be filed within 30 days of the date of this order. **Failure to file a motion requesting exemption from mediation within the 30-day period may result in the denial of the motion as being untimely filed.**

D. The parties shall compensate the mediator designated by the Court based on the $200.00 hourly rate approved by the Circuit Court for Baltimore City. All costs are to be divided equally by the plaintiff(s) and defendant(s) unless otherwise approved by Order of the Court. (Note: If there are multiple parties, each side of the dispute shall be responsible to pay a prorated share of the mediation costs. For example, if there are two plaintiffs and one defendant and total costs of the mediation of $400, each plaintiff would pay $100 and the defendant would pay $200.)

E. The parties, by agreement, may extend the mediation beyond the two hours. During any extension of the mediation, the mediator may not increase his or her hourly rate for providing services relating to this action. MD Rule 17-202(e).

F. The parties shall abide by the attached instructions, which are incorporated as part of this Order. Failure to participate in the mediation sessions may subject the parties and/or counsel to sanctions, including contempt or removal of the case from the trial docket. In addition, as more fully described in the instructions, failure to attend scheduled sessions with a mediator will result in the parties reimbursing the mediator for the two hours of time the mediator has reserved for conducting the session.

So Ordered.

Honorable Audrey J.S. Carrion
Administrative Judge

Date: March 16, 2023

CIRCUIT COURT FOR BALTIMORE CITY
Xavier A. Conaway, Clerk of the Circuit Court
Courthouse East
111 North Calvert Street
Baltimore, MD 21202-
(410)-333-3722, TTY for Deaf: (410)-333-4389

Ariel Lichterman Esq
Office Of The Attorney General, Higher Education Division
200 Saint Paul Place
17th Floor
Baltimore, MD 21202-2021

IN RE: 24-C-22-004662 / IBN Williams vs Coppin State University, et al

### O R D E R   F O R   M E D I A T I O N

The parties in this case are ordered to submit to two hours of mediation that shall be completed by **11/11/23**.

A. The below listed individual has been designated by this Court to be the mediator of this dispute. Each party is required to contact the mediator **within 30 days of the date of this order** to establish a mediation conference date in compliance with the attached instructions. The mediation conference must be scheduled so that mediation will be completed within the time set forth on this Order.

Court Appointed Mediator:

**Nathan Braverman
10 E. Lee Street
#2105
Baltimore, MD 21202
Phone: (410)-733-3082**

B. If the parties choose to select a mediator for this case, a "Request to Substitute Mediator" shall be filed with the Clerk's office (with a copy faxed to the ADR Office at *(410)396-7378*). MD Rule 17-202(g).

C. If one or more of the parties believes mediation is not appropriate for this case, a written motion shall be filed within 30 days of the date of this order. **Failure to file a motion requesting exemption from mediation within the 30-day period may result in the denial of the motion as being untimely filed.**

D. The parties shall compensate the mediator designated by the Court based on the $200.00 hourly rate approved by the Circuit Court for Baltimore City. All costs are to be divided equally by the plaintiff(s) and defendant(s) unless otherwise approved by Order of the Court. (Note: If there are multiple parties, each side of the dispute shall be responsible to pay a prorated share of the mediation costs. For example, if there are two plaintiffs and one defendant and total costs of the mediation of $400, each plaintiff would pay $100 and the defendant would pay $200.)

E. The parties, by agreement, may extend the mediation beyond the two hours. During any extension of the mediation, the mediator may not increase his or her hourly rate for providing services relating to this action. MD Rule 17-202(e).

F. The parties shall abide by the attached instructions, which are incorporated as part of this Order. Failure to participate in the mediation sessions may subject the parties and/or counsel to sanctions, including contempt or removal of the case from the trial docket. In addition, as more fully described in the instructions, failure to attend scheduled sessions with a mediator will result in the parties reimbursing the mediator for the two hours of time the mediator has reserved for conducting the session.

So Ordered.

Honorable Audrey J.S. Carrion
Administrative Judge

Date: March 16, 2023