# EXHIBIT 13

CIRCUIT COURT FOR BALTIMORE CITY
Xavier A. Conaway
Clerk of the Circuit Court
Courthouse East
111 North Calvert Street
Room 462
Baltimore, MD 21202-
410-333-3722, TTY for Deaf: (410)-333-4...

EDUCATIONAL AFFAIRS
RECEIVED
MAR 3 1 2023
OFFICE OF
THE ATTORNEY GENERAL

Ariel Lichterman
Office Of The Attorney General, Higher Education Division
200 Saint Paul Place 17th Floor
Baltimore MD 212022021

NOTIFICATION TO PARTIES OF CONTEMPLATED DISMISSAL

Case Number:24-C-22-004662CN

IBN Williams vs Coppin State University, et al

    Pursuant to Maryland Rule 2-507, this proceeding will be "DISMISSED FOR LACK OF JURISDICTION WITHOUT PREJUDICE" as to:

John Doe
nABC Corp.
n
30 days after service of this notice unless, prior to that time, a written motion showing good cause to defer the entry of an order of dismissal is filed.

Costs will be assessed in accordance with Maryland Rules.

Direct all inquires to: (410) 333-3722.

Xavier A. Conaway
Clerk of the Circuit Court

Date Issued: 03/29/23

CC: John Doe
    ABC Corp.
    Nathan Braverman
    Tiffani S Collins

Kayann Chambers
Terence Davis
Daniel N Epstein