# EXHIBIT 14

HIGHER EDUCATION DIVISION

RECEIVED
APR 0 6 2023
OFFICE OF
THE ATTORNEY GENERAL

CIRCUIT COURT FOR BALTIMORE CITY
Xavier A. Conaway
Clerk of the Circuit Court
Courthouse East
111 North Calvert Street - Room 462
Baltimore, MD 21202-
410-333-3722  TTY for Deaf: (410)-333-4389

Ariel Lichterman Esq
Office Of The Attorney General, Higher Education Division
200 Saint Paul Place
17th Floor
Baltimore MD 21202-2021

**NOTICE OF HEARING / TRIAL**

**IN RE: IBN Williams vs Coppin State University, et al**
Case No:    24-C-22-004662 CN
            C I V I L

You are hereby NOTIFIED TO APPEAR in court for

**Pre-Trial Conference**

on **January 8, 2024** at the following time and place:

> **Time:**  11:00AM
> **Room:**  511
> **Place:** **Courthouse West**
> **100 North Calvert Street**
> **Baltimore MD, 21202-**

Counsel must notify all necessary parties to appear at the time and place described above.

Any request for accomodation under the Americans With Disabilities Act should be directed to the Administrative Office of the Circuit Court for Baltimore City by calling (410) 396-5188, or TTY for hearing impaired: (410) 396-4930.

Request for postponements are heard daily at 1:45 p.m. in Room 231 of the Courthouse East Building, · 111 North Calvert Street.

Date Issued: 04/04/23       (Batch)

cc:
CC: Kayann Chambers Esq
    Terence Davis Esq
    Daniel N Epstein Esq
    Nathan Braverman
    Tiffani S Collins Esq

John Doe
ABC Corp.

John Doe
ABC Corp.