# EXHIBIT 16

IN THE CIRCUIT COURT FOR BALTIMORE CITY, MARYLAND

| | | |
|---|---|---|
| IBN WILLIAMS | * | |
| *Plaintiff,* | * | Case No.: 24-C-22-004662 |
| v. | * | |
| COPPIN STATE UNIVERSITY, et. al. | * | |
| *Defendants.* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PROPOSED ORDER

Upon consideration of the Motion to Vacate Order for Mediation, the record in this case and the applicable law, it is this 25th day of April, 2023,

**ORDERED** that the Motion be and hereby is GRANTED; and it is further

**ORDERED** that the Order for Mediation by this Court on March 16, 2023, be and hereby is **VACATED**.

**Judge Erik S. Atas**
Judge's Signature appears on the
original document

TRUE COPY TEST

*Xavier A. Conaway*
Xavier A. Conaway, Clerk of the Circuit Court

Colins Legal Group, LLC
20 S. Charles Street
Suite 901
Baltimore, MD 21201
O: (410) 462-4529
F: (410) 995-7200