# EXHIBIT 19

| | |
|---|---|
| IBN WILLIAMS, | IN THE |
| PLAINTIFF, | CIRCUIT COURT |
| v. | FOR BALTIMORE CITY |
| COPPIN STATE, ET AL., | Case No. 24-C-22-004662 |
| DEFENDANTS. | |

### ORDER

Upon consideration of the Motion for Special Admission of Daniel N. Epstein (*Docket Entry #27*) and Maryland Rule 19-214, it is on this 11th day of May, 2023, by the Circuit Court for Baltimore City, Part 6, hereby

**ORDERED** that the Motion for Special Admission of Daniel N. Epstein be, and hereby is, **GRANTED**; and it is further

**ORDERED** that Daniel N. Epstein be, and hereby is, specially admitted and permitted to appear and participate in this case as counsel for the Plaintiff.

**Judge Gregory Sampson**
Judge's Signature appears on the original document

Honorable Judge Gregory Sampson
Circuit Court for Baltimore City

Clerk to send to all interested parties.

TRUE COPY TEST

Xavier A. Conaway, Clerk of the Circuit Court