# EXHIBIT 20

IN THE CIRCUIT COURT FOR BALITMORE CITY, MARYLAND

IBN WILLIAMS

    Plaintiff,

v.                                                                Case No: 24-C-22-004662CN

COPPIN STATE UNIVERSITY

Et al.

    Defendants.

## ORDER

UPON CONSIDERATION of Plaintiff's Consent Motion to Extend the Plaintiff's Deadline to Identify Experts, and good cause having been shown, it is this 16 day of MAY, 2023, hereby:

**ORDERED** that Plaintiff's Consent Motion to Extend the Plaintiff's Deadline to Identify Experts is **GRANTED**; and it is further **ORDERED** that the Plaintiff's deadline to identify experts be extended from May 12, 2023, to July 10, 2023.

Copies to all counsel.

**Judge John Nugent**
Judge's Signature appears on the original document

TRUE COPY TEST

_Xavier A. Conaway_
Xavier A. Conaway, Clerk of the Circuit Court