# EXHIBIT 21

**IN THE CIRCUIT COURT FOR BALITMORE CITY, MARYLAND**

IBN WILLIAMS

      Plaintiff,

v.                                            Case No: 24-C-22-004662CN


COPPIN STATE UNIVERSITY

Et al.

      Defendants.


**PLAINTIFF'S CONSENT MOTION TO EXTEND THE PLAINTIFF'S DEADLINE TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

COMES NOW the Plaintiff, Ibn Williams, by and through his attorneys, Terence Davis, Esq and Morgan & Morgan DC, PLLC, pursuant to Maryland Rules 2-311 *and with the consent of defendants Coppin State, Juan Dixon, Derek Carter, University System of Maryland, and the State of Maryland ("The University Defendants")*, respectfully requests that this Honorable Court extend the deadline to respond the University Defendants' Motion to Dismiss by fifteen (15) days from **June 5, 2023** to **June 20, 2023**.

As a condition of the University Defendant's consent to this motion, we are also in consent of the University Defendant's deadline to respond to our response be extended to **July 18, 2023.**

WHEREFORE, the Plaintiff, Ibn Williams, respectfully requests that this Honorable Court grant the Plaintiff's Consent Motion to Extend the Plaintiff's Deadline to Respond to Defendant's Motion to Dismiss.

Respectfully submitted,

MORGAN & MORGAN DC, PLLC

_____
Terence Davis, Esq. 1612130129
Morgan & Morgan
1901 Pennsylvania Ave, NW Suite 300
Washington, DC 20006
Telephone: (202) 772-0595
Fax: (202) 772-0645
tdavis@forthepeople.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent by mail to the following:

_____
Terence Davis, Esq. 1612130129

Ariel Lichterman Attorney# 1801110004
Assistant Attorney General
200 St Paul Place, 17th Floor
Baltimroe, Maryland 21202
alichterman@oag.state.md.us
*Attorney for University Defendants*

Tiffani Collins, Esq.
Collins Legal Group, LLC
20 South Charles Street, Suite 901
Baltimore, MD 21201
Tiffani@tcollinslaw.com
*Attorney for Lucien Brownlee*

**IN THE CIRCUIT COURT FOR BALITMORE CITY, MARYLAND**

IBN WILLIAMS

    Plaintiff,

v.                                       Case No: 24-C-22-004662CN


COPPIN STATE UNIVERSITY

Et al.

    Defendants.

## <u>ORDER</u>

UPON CONSIDERATION of Plaintiff's Consent Motion to Extend the Plaintiff's Deadline to Respond to Defendant's Motion to Dismiss it is this ____ day of _____, 2023, hereby:

**ORDERED** that Plaintiff's Consent Motion to Extend the Plaintiff's Deadline to Respond to Defendant's Motion to Dismiss is **GRANTED**; and it is further **ORDERED** that the Plaintiff's deadline to respond to Defendant's motion to dismiss now be **June 20, 2023**, and Defendant's deadline to respond now be **July 18, 2023.**


                                        _____
                                        JUDGE

Copies to all counsel.