# EXHIBIT 22

HIGHER EDUCATION DIVISION
RECEIVED
JUN 20 2023
OFFICE OF THE ATTORNEY GENERAL

| | | |
|---|---|---|
| IBN WILLIAMS, | * | |
| *Plaintiff,* | * | IN THE |
| v. | * | CIRCUIT COURT |
| COPPIN STATE UNIVERSITY, THE UNIVERSITY SYSTEM OF MARYLAND, LUCIEN BROWNLEE, DEREK CARTER, JUAN DIXON, THE STATE OF MARYLAND, JOHN DOES I-X, AND ABC CORP. I-X, | * * * | FOR BALTIMORE CITY No. 24-C-22-004662 |
| *Defendants.* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ~~PROPOSED~~ ORDER

Upon consideration of the Motion to Stay Discovery filed by Defendants Coppin State University, the University System of Maryland, the State of Maryland, Derek Carter, and Juan Dixon, (collectively the "University Defendants"), and good cause appearing therefore, it is this 12TH day of JUNE, 2023, ORDERED:

That the University Defendants' Motion to Stay Discovery is hereby GRANTED; and

Discovery and all other deadlines in this matter are stayed pending disposition of the University Defendants' motion to dismiss.

TRUE COPY TEST

*Xavier A. Conaway*
Xavier A. Conaway, Clerk of the Circuit Court

JUDGE JOHN S. NUGENT
THE JUDGE'S SIGNATURE APPEARS ON THE ORIGINAL DOCUMENT