# EXHIBIT 24

## IN THE CIRCUIT COURT FOR BALITMORE CITY, MARYLAND

IBN WILLIAMS

     Plaintiff,

v.                         Case No: 24-C-22-004662CN

COPPIN STATE UNIVERSITY

Et al.

     Defendants.

### ORDER

UPON CONSIDERATION of Plaintiff's Consent Motion to Extend the Plaintiff's Deadline to Respond to Defendant's Motion to Dismiss it is this 6 day of June, 2023, hereby:

**ORDERED** that Plaintiff's Consent Motion to Extend the Plaintiff's Deadline to Respond to Defendant's Motion to Dismiss is **GRANTED**; and it is further **ORDERED** that the Plaintiff's deadline to respond to Defendant's motion to dismiss now be **June 20, 2023**, and Defendant's deadline to respond now be **July 18, 2023.**

                              **Judge John Nugent**
                          Judge's Signature appears on the
                          original document

Copies to all counsel.

TRUE COPY
TEST

Xavier A. Conaway, Clerk of the Circuit Court

CIRCUIT COURT FOR BALTIMORE CITY 1983