# EXHIBIT 25

**HIGHER EDUCATION**
**DIVISION**

**RECEIVED**

JUN 27 2023

**OFFICE OF**
**THE ATTORNEY GENERAL**

CIRCUIT COURT FOR BALTIMORE CITY
Xavier A. Conaway
Clerk of the Circuit Court
Courthouse East
111 North Calvert Street - Room 462
Baltimore, MD 21202-
    410-333-3722 ,TTY for Deaf: (410)-333-4389


Ariel Lichterman Esq
Office Of The Attorney General, Higher Education Division
200 Saint Paul Place
17th Floor
Baltimore MD 21202-2021


<u>**NOTICE OF MOTION HEARING**</u>

IN RE:    **IBN Williams vs Coppin State University, et al**
Case No:  **24-C-22-004662 CN**
              C I V I L


        The above-referenced case has been assigned for

            **Motion Hearing (Civil)**

on **July 24, 2023** at the following time and place:

                Time:    **09:30AM**
                Room:    **113**
                Place:   **Mitchell Courthouse**
                         **100 North Calvert Street**
                         **Baltimore MD, 21202-**

     Counsel must notify  all  necessary parties to appear at the
time and place described above.

     Please note that the time allotted for motions hearings shall
not exceed one-half hour. If it is expected that hearing will take
more than one half hour,  please notify the  assignment office at
(410) 333-3755.

     Any  request  for  accommodation  under  the  Americans With
Disabilities Act should be directed to the Administrative Office of
the Circuit Court for Baltimore City by calling (410) 396-5188, or
TTY for hearing impaired:  (410) 396-4930.

     Requests for postponements are heard daily at 1:45 p.m.
in Room 231  Courthouse East,  111 North Calvert Street.

  Date Issued: 06/26/23
cc:
CC: Kayann Chambers Esq
    Terence Davis Esq
    Daniel N Epstein Esq
    Nathan Braverman

Tiffani S Collins Esq
John Doe
ABC Corp.