# EXHIBIT 26



**IN THE CIRCUIT COURT FOR BALITMORE CITY, MARYLAND**

IBN WILLIAMS

    Plaintiff,

v.                                  Case No: 24-C-22-004662CN

COPPIN STATE UNIVERSITY

Et al.

    Defendants.

## ENTRY OF APPEARANCE

Please enter the appearance of Thomas W. Keilty, Esq. of Keilty Bonadio, LLC in the above-referenced matter.

Dated: June 27, 2023                                  Respectfully Submitted,

                                                                 /s/ Thomas W. Keilty, III

                                                                 Thomas W. Keilty, III (AIS No.1406170150)
                                                                 tkeilty@kblitigation.com
                                                                 Nicholas C. Bonadio (AIS No.0912150093)
                                                                 nbonadio@kblitigation.com
                                                                  Keilty Bonadio, LLC
                                                                 One South Street – Suite 2125
                                                                Baltimore, Maryland 21202
                                                                410-469-9953
                                                                *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent by first- class mail to the following:

_____
Thomas W. Keilty

Ariel Lichterman Attorney# 1801110004
Assistant Attorney General
200 St Paul Place, 17th Floor
Baltimroe, Maryland 21202
alichterman@oag.state.md.us
Attorney for University Defendants

Tiffani Collins, Esq.
Collins Legal Group, LLC
20 South Charles Street, Suite 901
Baltimore, MD 21201
Tiffani@tcollinslaw.com
Attorney for Lucien Brownlee