# EXHIBIT 27

**From:** Inioluwa Femi-Fatukasi <inioluwa.fatukasi@mdcourts.gov>
**Sent:** Monday, July 10, 2023 3:32 PM
**To:** tiffanni@tcollinslaw.com; Lichterman, Ariel <alichterman@oag.state.md.us>; tkeilty@kblitigation.com
**Cc:** Elanna Dancer <elanna.dancer@mdcourts.gov>
**Subject:** RE: IBN Williams v. Coppin State University, et al : Case # 24-C-22-004662

> You don't often get email from inioluwa.fatukasi@mdcourts.gov. Learn why this is important

Good Afternoon,

**RE: IBN Williams v. Coppin State University, et al : Case # 24-C-22-004662**

The Circuit Court for Baltimore City is inviting you to a scheduled ZoomGov meeting.

**The above hearing will proceed via Zoom on July 24, 2023 at 9:00 AM. Please use the link provided below.**


The hearing in this action will be conducted by electronic means on the record pursuant to Maryland
Rule 2-803. If you have any objection to proceeding in this way, you may state the objection by
return email or at the beginning of the conference call. The court will then rule on the issue.

You may receive automatically generated paper notices that direct you to appear in
person. Please disregard those notices. This is a remote electronic hearing, **and you should not
appear in person**.

Instructions for joining either by Zoom for Government or by telephone dial-in appear below.

By accessing this link you agree that you will not record, broadcast or forward any portion of this
trial, hearing or proceeding. This prohibition applies to the use of television, radio, and
photographic (including screen shots), or recording equipment. You also agree that you will not
share the link to this trial or hearing with or forward or disseminate the link to anyone other

than a party or witness in the case. Violation of the terms of this agreement may result in you being held in contempt of court and sanctioned.

**Do not forward this invitation electronically to parties or others who need to participate in the hearing. Doing so may expose confidential communications or result in confusion.** If you need to share the information to join the hearing, cut and paste it from this invitation into a separate email message coming from you alone.

Join ZoomGov Meeting
https://mdcourts.zoomgov.com/j/1602810617?pwd=UWJIZUlRYWh3dUNMeGwrRm9XMnFhdz09

Meeting ID: 160 281 0617
Passcode: 24737596
One tap mobile
+16692545252,,1602810617# US (San Jose)
+16469641167,,1602810617# US (US Spanish Line)

Dial by your location
    +1 669 254 5252 US (San Jose)
    +1 646 964 1167 US (US Spanish Line)
    +1 646 828 7666 US (New York)
    +1 551 285 1373 US
    +1 669 216 1590 US (San Jose)
    +1 415 449 4000 US (US Spanish Line)
    833 568 8864 US Toll-free
Meeting ID: 160 281 0617
Find your local number: https://mdcourts.zoomgov.com/u/aexpqUuaxM

Join by SIP
1602810617@sip.zoomgov.com

Join by H.323
161.199.138.10 (US West)
161.199.136.10 (US East)
Meeting ID: 160 281 0617
Passcode: 24737596

Join by Skype for Business
https://mdcourts.zoomgov.com/skype/1602810617


Thank you,

Inioluwa Femi-Fatukasi
**Judicial Law Clerk to the Honorable M. Copeland**
Circuit Court for Baltimore City
111 N. Calvert Street
Baltimore, Maryland 21201
**Office**: 410-396-5076| **Fax**: 410-545-7316
Inioluwa.fatukasi@mdcourts.gov