# EXHIBIT 29

IBN WILLIAMS,                            *   IN THE

        Plaintiff                    *   CIRCUIT COURT

v.                                       *   FOR

COPPIN STATE UNIVERSITY, et al.   *   BALTIMORE CITY

        Defendant                   *   CASE NO.: 24-C-22-004662

  *    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *

## ORDER

Upon consideration of Defendants' Motion to Dismiss (Docket Entry # 3200), Plaintiff's Motion in Opposition to University Defendants' Motion to Dismiss and Request for a Hearing (Docket Entry # 3200/1), and for the reasons stated on the record, it is this ____24th____ day of July 2023, by the Circuit Court for Baltimore City, Part 02:

**ORDERED** that Defendants' Motion to Dismiss (Docket Entry # 3200), Plaintiff's Motion in Opposition to University Defendants' Motion to Dismiss and Request for a Hearing (Docket Entry # 3200/1) as Defendants Coppin State University, the University System of Maryland, the State of Maryland, Derek Carter, and Juan Dixon *only* is **GRANTED**; and it is further

**ORDERED** the Plaintiff is granted leave to amend its complaint.

ALL SUBJECT TO THE FURTHER ORDER OF THIS COURT.

TRUE COPY
TEST

*Xavier A. Conaway*

Xavier A. Conaway, Clerk of the Circuit Court

**Clerk, please serve all parties**

**Judge Melissa K. Copeland**
Judge's Signature appears on the
original document
Honorable M. Copeland