# **EXHIBIT 32**

IN THE
CIRCUIT COURT FOR BALTIMORE CITY

| | | |
|---|---|---|
| IBN WILLIAMS, | * | |
| *Plaintiff,* | * | |
| v. | * | No. 24-C-22-004662 |
| | * | |
| COPPIN STATE UNIVERSITY, | * | |
| *Defendant.* | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as additional counsel in this case for Defendants, Coppin State University, University System of Maryland, State of Maryland, Derek Carter, and Juan Dixon.

Respectfully submitted,

ANTHONY G. BROWN
Attorney General of Maryland

_____
ANN M. SHERIDAN
Attorney No. 9112190160
Assistant Attorney General
Office of the Attorney General
200 St. Paul Place, 17th Floor
Baltimore, Maryland 21202
asheridan@oag.state.md.us
(410) 576-6559
(410) 576-6437 (facsimile)

August 28, 2023                                    *Attorneys for Coppin State University, University System of Maryland, State of Maryland, Derek Carter, and Juan Dixon*

## CERTIFICATE OF SERVICE

I certify that, on this 28th day of August, 2023, the foregoing was the foregoing was served by first-class mail and email on all persons entitled to service:

>Thomas W. Keilty, III, Esq.
>Nicholas C. Bonadio, Esq.
>Keilty Bonadio, LLC
>One South Street, Suite 2125
>Baltimore, Maryland 21202
>tkeilty@kblitigation.com
>nbonadio@kblitigation.com
>*Attorneys for Plaintiff*
>
>Daniel N. Epstein, Esq.
>Epstein Ostrove, LLC
>200 Metroplex Drive, Suite 304
>Edison, NJ 08817
>d.epstein@epsteinostrove.com
>*Attorneys for Plaintiff*
>
>Tiffani Collins, Esq.
>Collins Legal Group, LLC
>20 South Charles Street, Suite 901
>Baltimore, MD 21201
>Tiffani@tcollinslaw.com
>*Attorney for Lucien Brownlee*

_____
Ann M. Sheridan

2