# EXHIBIT 33

IN THE
CIRCUIT COURT FOR BALTIMORE CITY

IBN WILLIAMS,

*

*

*Plaintiff*,

*

v.

*

Civil Case No. 24-C-22-004662

*

COPPIN STATE UNIVERSITY, et al.,

*

*Defendants*.

\*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*

## DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME
## TO FILE RESPONSIVE PLEADING

Defendants, Coppin State University, the University System of Maryland, the State of Maryland, Derek Carter, and Juan Dixon, (collectively the "University Defendants"), by their undersigned counsel, respectfully request an extension of time to file their response to the Amended Complaint, and state as follows:

1.     On July 24, 2023, the Court granted the University Defendants' motion to dismiss the complaint but provided Plaintiff, Ibn Williams, an opportunity to amend.

2.     On August 23, 2023, Plaintiff served the University Defendants with an amended complaint.  The University Defendants' response currently is due on September 7, 2023.

3.     Undersigned counsel recently has entered her appearance for the University Defendants because counsel of record, Ari Lichterman, is currently on extended leave.

Undersigned counsel requires additional time to prepare a response to the amended complaint.

    4.    Plaintiff's counsel consents to this request.

WHEREFORE, the University Defendants respectfully request that the Court extend the deadline for the University Defendants to file a responsive pleading to September 14, 2023. A proposed Order is attached.

 

Respectfully submitted,

ANTHONY G. BROWN
Attorney General of Maryland

ANN M. SHERIDAN
Attorney No. 9112190160
Assistant Attorney General
Office of the Attorney General
200 St. Paul Place, 17th Floor
Baltimore, Maryland 21202
asheridan@oag.state.md.us
(410) 576-6559
(410) 576-6437 (facsimile)

August 29, 2023

Attorneys for Coppin State University, the University System of Maryland, the State of Maryland, Derek Carter, and Juan Dixon

## CERTIFICATE OF SERVICE

I certify that, on this 29th day of August, 2023, the foregoing was served by first-class mail and email on all persons entitled to service:

> Thomas W. Keilty, III, Esq.
> Nicholas C. Bonadio, Esq.
> Keilty Bonadio, LLC
> One South Street, Suite 2125
> Baltimore, Maryland 21202
> tkeilty@kblitigation.com
> nbonadio@kblitigation.com
> *Attorneys for Plaintiff*
>
> Daniel N. Epstein, Esq.
> Epstein Ostrove, LLC
> 200 Metroplex Drive, Suite 304
> Edison, NJ 08817
> d.epstein@epsteinostrove.com
> *Attorneys for Plaintiff*
>
> Tiffani Collins, Esq.
> Collins Legal Group, LLC
> 20 South Charles Street, Suite 901
> Baltimore, MD 21201
> Tiffani@tcollinslaw.com
> *Attorney for Lucien Brownlee*

Ann M. Sheridan

3

IN THE
CIRCUIT COURT FOR BALTIMORE CITY

|  |  |  |
|---|---|---|
| IBN WILLIAMS, | * | |
| *Plaintiff*, | * | |
| | * | |
| v. | * | Civil Case No. 24-C-22-004662 |
| | * | |
| COPPIN STATE UNIVERSITY, et al., | * | |
| *Defendants*. | | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **PROPOSED ORDER**

Upon consideration of the Consent Motion for Extension of Time to File a Responsive Pleading filed by Defendants Coppin State University, the University System of Maryland, the State of Maryland, Derek Carter, and Juan Dixon, (collectively the "University Defendants"), and good cause appearing, therefore, it is this _____ day of _____, 2023, ORDERED:

That the University Defendants' Motion for Extension of Time is hereby GRANTED; and

The University Defendants' time for responding to the amended complaint is extended to September 14, 2023.


_____
Judge, Circuit Court for Baltimore City