# EXHIBIT 34



IN THE CIRCUIT COURT FOR BALTIMORE CITY, MARYLAND

IBN WILLIAMS  *

    *Plaintiff,*  *  Case No.: 24-C-22-004662

v.  *

COPPIN STATE UNIVERSITY, et. al.  *

    *Defendants.*  *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Upon consideration of the Consent Motion to Extend Time to File Defendant's Expert Designation, and no opposition thereto it is this 22nd day of AUGUST, 2023, hereby

ORDERED that Consent Motion to Extend Time to File Defendant's Expert Designation be and is GRANTED; it is further

ORDERED that Defendant's Expert Designation will now be due on November 9, 2023.

**Judge John Nugent**
Judge's Signature appears on the original document
JUDGE, Circuit Court Baltimore City

Sent to: All counsel of record.

Xavier A. Conaway, Clerk of the Circuit Court

COLLINS LEGAL GROUP
1122 Kenilworth Dr., Ste 507
Towson, MD 2120
O: (410) 462-4529
F: (410) 995-7200