# **EXHIBIT 35**

IN THE
CIRCUIT COURT FOR BALTIMORE CITY

|  |  |  |
|---|---|---|
| IBN WILLIAMS, | * | |
| *Plaintiff*, | * | |
| v. | * | Civil Case No. 24-C-22-004662 |
| | * | |
| COPPIN STATE UNIVERSITY, et al., | * | |
| *Defendants*. | | |

\* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME
TO FILE RESPONSIVE PLEADING**

Defendants, Coppin State University, the University System of Maryland, the State of Maryland, Derek Carter, and Juan Dixon, (collectively the "University Defendants"), by their undersigned counsel, respectfully request an extension of time to file their response to the Amended Complaint, and state as follows:

1. On August 23, 2023, Plaintiff served the University Defendants with an amended complaint.

2. Due to a recent change in the staffing of the case, the University Defendants filed a consent motion for a one-week extension of time to respond to the Amended Complaint which the Court granted.

3. Undersigned counsel now requires an additional four days to prepare the University Defendants' response.

4. Plaintiff's counsel consents to this request.

WHEREFORE, the University Defendants respectfully request that the Court extend the deadline for the University Defendants to file a responsive pleading to September 18, 2023. A proposed Order is attached.

Respectfully submitted,

ANTHONY G. BROWN
Attorney General of Maryland

*[signature]*

ANN M. SHERIDAN
Attorney No. 9112190160
Assistant Attorney General
Office of the Attorney General
200 St. Paul Place, 17th Floor
Baltimore, Maryland 21202
asheridan@oag.state.md.us
(410) 576-6559
(410) 576-6437 (facsimile)

September 13, 2023

Attorneys for Coppin State University, the University System of Maryland, the State of Maryland, Derek Carter, and Juan Dixon

2

## CERTIFICATE OF SERVICE

I certify that, on this 13th day of September, 2023, the foregoing was served by first-class mail and email on all persons entitled to service:

>Thomas W. Keilty, III, Esq.
>Nicholas C. Bonadio, Esq.
>Keilty Bonadio, LLC
>One South Street, Suite 2125
>Baltimore, Maryland 21202
>tkeilty@kblitigation.com
>nbonadio@kblitigation.com
>*Attorneys for Plaintiff*
>
>Daniel N. Epstein, Esq.
>Epstein Ostrove, LLC
>200 Metroplex Drive, Suite 304
>Edison, NJ 08817
>d.epstein@epsteinostrove.com
>*Attorneys for Plaintiff*
>
>Tiffani Collins, Esq.
>Collins Legal Group, LLC
>20 South Charles Street, Suite 901
>Baltimore, MD 21201
>Tiffani@tcollinslaw.com
>*Attorney for Lucien Brownlee*

_____
Ann M. Sheridan

3

IN THE
CIRCUIT COURT FOR BALTIMORE CITY

IBN WILLIAMS,

*Plaintiff*,

v.   Civil Case No. 24-C-22-004662

COPPIN STATE UNIVERSITY, et al.,

*Defendants*.

\* \* \* \* \* \* \* \* \* \* \* \*

## PROPOSED ORDER

Upon consideration of the Consent Motion for Extension of Time to File a Responsive Pleading filed by Defendants Coppin State University, the University System of Maryland, the State of Maryland, Derek Carter, and Juan Dixon, (collectively the "University Defendants"), and good cause appearing, therefore, it is this _____ day of _____, 2023, ORDERED:

That the University Defendants' Motion for Extension of Time is hereby GRANTED; and

The University Defendants' time for responding to the amended complaint is extended to September 18, 2023.

_____
Judge, Circuit Court for Baltimore City