# EXHIBIT 36

## IN THE CIRCUIT COURT OF MARYLAND FOR BALTIMORE CITY

| | |
|---|---|
| IBN WILLIAMS | * |
| *Plaintiff,* | *     Case No.: 24-C-22-004662 |
| v. | * |
| COPPIN STATE UNIVERSITY, et. al. | * |
| *Defendants.* | * |

* * * * * * * * * * * * *

### DEFENDANT'S ANSWER TO AMENDED COMPLAINT

NOW COMES Defendant, Lucian Brownlee (hereinafter, "Defendant"), by and through his attorneys Tiffani S. Collins, Esq. and Collins Legal Group, LLC, and hereby files this Defendant's Answer to Amended Complaint and in support thereof states:

### GENERAL DENIAL

Defendant Lucian Brownlee generally denies all allegations in Complaint in this matter in accordance with Maryland Rule 2-323(d).

### FIRST AFFIRMATIVE DEFENSE

Plaintiff fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff claims are barred by laches and the applicable statute of limitations.

### THIRD AFFIRMATIVE DEFENSE

If Plaintiff suffered the damages alleged, which fact Defendant expressly denies, then such damages resulted from other and further reasons for which Defendant is not responsible.

COLLINS LEGAL GROUP
1122 Kenilworth Drive
Suite 507
Towson, MD 21204
O: (410) 462-4529
F: (410) 995-7200



HIGHER EDUCATION DIVISION
RECEIVED
SEP 13 2023
OFFICE OF
THE ATTORNEY GENERAL

**FOURTH AFFIRMATIVE DEFENSE**

If Plaintiff suffered the damages alleged, which fact Defendant expressly denies, then such damages resulted from pre-existing or subsequent events or conditions for which Defendant is not responsible.

**FIFTH AFFIRMATIVE DEFENSE**

If Plaintiff suffered the damages alleged, which fact Defendant expressly denies, Plaintiff exacerbated rather than mitigated his damages.

**SIXTH AFFIRMATIVE DEFENSE**

Defendant reserves all additional factual and legal defenses as may become available during discovery or trial.

**WHEREFORE,** Defendant request this Court to deny Plaintiff's request to enter judgment against Defendants, jointly, severally and/or in the alternative, for damages, interest, costs of suit, attorney's fees, enhanced attorney's fees, in an amount greater than the required jurisdictional limit, and such other relief as the Court deems joint and equitable.

Respectfully Submitted,
COLLINS LEGAL GROUP, LLC

Tiffani S. Collins, Esquire
AIS No.: 0812180179
1122 Kenilworth Drive, Suite 507
Towson, Maryland 21204
O: (410) 462-4529
F: (410) 995-7200
tiffani@tcollinslaw.com
*Counsel for Lucian Brownlee*

COLLINS LEGAL GROUP
1122 Kenilworth Drive
Suite 507
Towson, MD 21204
O: (410) 462-4529
F: (410) 995-7200

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of September 2023, a copy of the foregoing Plaintiff's Answer to Amended Complaint was served via Electronic Mail and first-class Mail postage prepaid to:

Nicholas C. Bonadio, Esq.
nbonadio@kblitigation.com
Thomas W. Keilty, III, Esq.
tkeilty@kblitigation.com
Keilty Bonadio, LLC
One South Street- Suite 2125
Baltimore, MD 21202

Kayann Chambers, Esq.
Terence Davis, Esq.
Daniel N. Epstein, Esq.
Morgan & Morgan DC, PLLC
1901 Pennsylvania Avenue, N.W., Suite 300
Washington, DC 20006

Ariel Litcherman, Assistant Attorney General
Office of the Attorney General
200 St. Paul Place, 17th Floor
Baltimore, MD 21202
ariel.lichterman@maryland.gov

_/s/ Tiffani S. Collins_
Tiffani S. Collins, Esquire

COLLINS LEGAL GROUP
1122 Kenilworth Drive
Suite 507
Towson, MD 21204
O: (410) 462-4529
F: (410) 995-7200