**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**IBN WILLIAMS,**

***Plaintiff,***

**v.**

**Civil No.: 1:23-cv-02590-JRR**

**COPPIN STATE UNIVERSITY,** ***et al.*****,**

***Defendants.***

**ORDER**

Pending before the court is Defendants Coppin State University ("Coppin State"), the University System of Maryland ("USM"), the State of Maryland, Derek Carter, and Juan Dixon's Motion to Dismiss Amended Complaint. (ECF No. 16; "the Motion"). The court has reviewed all papers; no hearing is necessary. Local Rule 105.6 (D. Md. 2023).

For the reasons set forth in the accompanying memorandum opinion, it is this 22nd day of August 2024:

**ORDERED** that the Motion (ECF No. 16) shall be, and is hereby, **GRANTED IN PART AND DENIED IN PART** as follows:

Granted as to Count I as against Defendants USM, Coppin State, and State of Maryland;

Granted as to Count II as against Defendants Carter and Dixon;

Granted as to Count III as against all Defendant movants;

Granted as to Count VI as against Defendants Carter and Dixon;

Granted as to Count VII as against all Defendants movants; and

Denied in all other respects; and further it is

**ORDERED** that Count I (Gross Negligence) shall be, and is hereby, **DISMISSED WITHOUT PREJUDICE** as against Defendants Coppin State, USM, and the State of Maryland; and further it is

**ORDERED** that Count II (Negligent Hiring and Retention) shall be, and is hereby, **DISMISSED WITHOUT PREJUDICE** as against Defendants Carter and Dixon; and further it is

**ORDERED** that Count III (Intentional Infliction of Emotional Distress) shall be, and is hereby, **DISMISSED WITHOUT PREJUDICE** as against Defendants Coppin State, USM, the State of Maryland, Carter, and Dixon; and further it is

**ORDERED** that Count VI (Title IX) shall be, and is hereby, **DISMISSED WITH PREJUDICE** as against Defendants Carter and Dixon; and further it is

**ORDERED** that Count VII (Respondeat Superior) shall be, and is hereby, **DISMISSED WITHOUT PREJUDICE** as against all Defendants; and further it is

**ORDERED** that the Amended Complaint **SHALL PROCEED AS FOLLOWS**:

Count I (Gross Negligence): Defendants Brownlee, Carter, Dixon;

Count II (Negligent Hiring and Retention): Defendants Coppin State, USM, State of Maryland;

Count III (IIED): Defendant Brownlee;

Count V (Breach of Contract): Defendants Coppin State, USM, State of Maryland; and

Count VI (Title IX Harassment and Retaliation): Defendants Coppin State, USM, State of Maryland; and further it is

**ORDERED** that Defendants Coppin State, USM, the State of Maryland, Carter, and Dixon shall answer the Amended Pleading consistent with this order and pursuant to the Federal Rules

of Civil Procedure and the Local Rules of this court.

/S/

__________________________
Julie R. Rubin
United States District Judge