IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **IBN WILLIAMS,** | |
| *Plaintiff*, | |
| v. | **Civil No.: 1:23-cv-02590-JRR** |
| **COPPIN STATE UNIVERSITY,** *et al.*, | |
| *Defendants*. | |

**AMENDED SCHEDULING ORDER**

Upon consideration of the Correspondence at ECF No. 27, it is hereby **ORDERED** that the Scheduling Order at ECF No. 25 shall be modified as set forth herein. The Scheduling Order at ECF No. 25 otherwise remains in full force and effect.

**Scheduling Order Deadlines**

| | |
|---|---|
| October 8, 2024: | Initial Joint Status Report |
| October 28, 2024: | Rule 16 Conference Call at 12:00 p.m. Parties should dial in using the following information: |
| | Dial-In Number: 1.888.278.0296<br>Access Code: 7492675 |
| | **Note: If the parties do not require the Rule 16 Conference Call, please so indicate in the Initial Joint Status Report.** |
| November 8, 2024: | Moving for joinder of additional parties and amendment of pleadings |
| November 26, 2024: | Plaintiff's Rule 26(a)(2) disclosures |
| December 23, 2024: | Defendant's Rule 26(a)(2) disclosures |
| January 6, 2025: | Plaintiff's rebuttal Rule 26(a)(2) disclosures |
| January 13, 2025: | Rule 26(e)(2) supplementation of disclosures and responses |

| | |
|---|---|
| February 6, 2025: | Discovery deadline; submission of status report |
| February 13, 2025: | Requests for admission |
| March 10, 2025: | Dispositive pretrial motions deadline |

Date:  September 25, 2024                         /s/_____
                                                  Julie R. Rubin
                                                  United States District Judge