IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **IBN WILLIAMS,** | |
| *Plaintiff*, | |
| v. | Civil No.: 1:23-cv-02590-JRR |
| **COPPIN STATE UNIVERSITY,** *et al.*, | |
| *Defendants*. | |

### AMENDED SCHEDULING ORDER

Upon consideration of the parties' Joint Motion to Amend the Scheduling Order (ECF No. 37; the "Motion"), it is this 28th day of January 2025,

**ORDERED** that the Motion shall be, and is hereby, **GRANTED**; and further it is

**ORDERED** that Scheduling Order at ECF No. 25, as amended by the Amended Scheduling Order at ECF No. 28, shall be further amended as set forth herein. The Scheduling Order at ECF No. 25 otherwise remains in full force and effect.

**Scheduling Order Deadlines**

| | |
|---|---|
| January 30, 2025: | Plaintiff's Rule 26(a)(2) disclosures |
| February 28, 2025: | Defendants' Rule 26(a)(2) disclosures |
| March 12, 2025: | Plaintiff's rebuttal Rule 26(a)(2) disclosures |
| March 19, 2025: | Rule 26(e)(2) supplementation of disclosures and responses |
| May 19, 2025: | Discovery deadline; submission of status report |
| May 26, 2025: | Requests for admission |
| June 30, 2025: | Dispositive pretrial motions deadline |

Date:  January 28, 2025                                    /s/
                                                  Julie R. Rubin
                                                  United States District Judge