IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**IBN WILLIAMS,**

    *Plaintiff*,

v.

**COPPIN STATE UNIVERSITY,** *et al.*,

    *Defendants*.

Civil No.: 1:23-cv-02590-JRR

## AMENDED SCHEDULING ORDER

Upon consideration of the parties' Second Joint Motion to Amend the Scheduling Order (ECF No. 41; the "Motion"), it is this 23rd day of April 2025,

**ORDERED** that the Motion shall be, and is hereby, **GRANTED**; and further it is

**ORDERED** that Scheduling Order at ECF No. 25, as amended by the orders at ECF No. 28 and 38, shall be further amended as set forth herein. The Scheduling Order at ECF No. 25 otherwise remains in full force and effect.

### Scheduling Order Deadlines

| Date | Deadline |
|---|---|
| June 9, 2025: | Defendants' Rule 26(a)(2) disclosures |
| July 3, 2025: | Plaintiff's rebuttal Rule 26(a)(2) disclosures |
| July 10, 2025: | Rule 26(e)(2) supplementation of disclosures and responses |
| August 27, 2025: | Discovery deadline; submission of status report |
| September 5, 2025: | Requests for admission |
| September 29, 2025: | Dispositive pretrial motions deadline |

Date: April 23, 2025

                                                          /s/
                                              Julie R. Rubin
                                              United States District Judge