IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IBN WILLIAMS, | * |
| *Plaintiff*, | * |
| v. | * |
| | No. 1:23-cv-02590-JRR |
| COPPIN STATE UNIVERSITY, *et al.*, | * |
| *Defendants*. | * |

\* \* \* \* \* \* \* \* \* \* \* \*

## STATE DEFENDANTS' MOTION TO POSTPONE SETTLEMENT CONFERENCE

Defendants Coppin State University, University System of Maryland, State of Maryland, Derek Carter, and Juan Dixon (together, "State Defendants"), move to postpone the settlement conference in this case. Plaintiff, Ibn Williams, consents in part and co-defendant, Lucian Brownlee consents in full. Good grounds exist to support the motion, and accordingly it should be granted. In support of the motion, State Defendants state the following:

1. On October 2024, Judge Julie Rubin issued an order referring this case to magistrate judge Charles Austin for purposes of settlement (ECF No. 30).

2. A settlement conference was scheduled for May 21, 2025 (ECF No. 32), which was approximately two months after the deadline for dispositive motions, March 10, 2025 (ECF No. 28).

3. Since then, the parties have been granted several extensions and the scheduling order has been modified such that the discovery deadline is August 27, 2025, and the deadline for dispositive motions is September 29, 2025.

4. Because discovery is not complete and the parties have not yet begun depositions, which are anticipated to begin in June, the State Defendants will not be able to appropriately assess their settlement position until the end of discovery in this case. State Defendants prefer to schedule the settlement conference after the deadline for dispositive motions, which is currently September 29, 2025.

5. Therefore, State Defendants seek to postpone the settlement conference until a date on or after October 29, 2025.

6. Co-defendant Brownlee consents to postponing the settlement conference until a date on or after October 29, 2025.

7. Plaintiff consents to postponing the settlement conference but has requested an earlier date, after June 17, 2025, after the depositions of the plaintiff and co-defendant Brownlee have concluded.

WHEREFORE, the State Defendants respectfully move this Court to reschedule the settlement conference for a date on or after October 29, 2025.

Respectfully submitted,

ANTHONY G. BROWN
Attorney General of Maryland

/s/ Kathryn J. Bradley
ARIEL LICHTERMAN
Federal Bar No. 20850
KATHRYN J. BRADLEY
Federal Bar No. 21242
Assistant Attorney General
Office of the Attorney General
200 St. Paul Place, 17th Floor
Baltimore, Maryland  21202-2021
Tel: (410) 576-6449
Fax: (410) 576-6437

kbradley@oag.state.md.us
alichterman@oag.state.md.us

*Attorneys for Defendants Coppin State University, University System of Maryland, State of Maryland, Derek Carter, and Juan Dixon*

## CERTIFICATE OF SERVICE

I certify that, on this 7th day of May 2025, the foregoing was served by CM/ECF on all counsel of record.

/s/ Kathryn J. Bradley
_____
Kathryn J. Bradley