**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

Chambers of
Douglas R. Miller
United States Magistrate Judge



101 West Lombard Street
Baltimore, Maryland 21201
MDD_DRMChambers@mdd.uscourts.gov
(410) 962-7770

November 5, 2025

To:   Counsel of Record

Re:   *Williams v. Coppin State University et al.*
      Case No. 1:23-cv-02590-JRR

**<u>LETTER ORDER</u>**

Dear Counsel:

This Order memorializes my rulings during the November 4, 2025 unrecorded telephone conference in the above-captioned case.

Plaintiff's request for leave to file a motion to compel production of documents, *see* ECF No. 62 at 5 & ECF No. 66 at 3-4, is GRANTED with respect to the "Attorney Legal Analysis of Title IX Claim" document. Plaintiff's counsel has indicated it expects to file the motion on Friday, November 7, 2025.  Defendants' Response in Opposition will be due 14 days after the motion is filed. Submissions shall be in letter format and may not exceed three single-spaced pages in twelve-point font. Replies shall not be filed unless requested by the Court following review of the motion and response.

The balance of the request, relating to financial aid and financial assistance documentation, is HELD IN ABEYANCE.  I am doing so in light of the State Defendants' representation that they have already produced all responsive documents identified during a good faith search, but also recognizing that upcoming depositions could expand or clarify the parties' understandings of what responsive documents may exist.  Plaintiff is invited to file a status report following the relevant depositions if he believes that this remains a live issue at that time.

Plaintiff's request for leave to file a motion to compel the deposition of the law firm Ogletree Deakins, *see* ECF No. 66 at 4, is DENIED AS MOOT, without prejudice.  Plaintiff may renew this request if circumstances warrant.

*Williams v. Coppin State University et al*
Civil Case No. 1:23-cv-02590-JRR
<u>Letter Order</u>
Page 2

      Despite the informal nature of this letter, it is an Order of the Court and will be docketed accordingly.

          Sincerely,


                  */s/*
          Douglas R. Miller
          United States Magistrate Judge
          District of Maryland