**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

Chambers of
Douglas R. Miller
United States Magistrate Judge

101 West Lombard Street
Baltimore, Maryland 21201
MDD_DRMChambers@mdd.uscourts.gov
(410) 962-7770

September 4, 2026

To: Counsel of Record

Re: *Williams v. Coppin State University et al.*
Civil Case No. 1:23-cv-02590-JRR
Letter Order

Dear Counsel:

This matter has been referred to me for all discovery and related scheduling matters. ECF No. 46.

I held a virtual discovery conference with all parties on September 3, 2026, to address the discovery issues raised in ECF No. 106 (Plaintiff's positions) and ECF No. 108 (State Defendants' positions).[1]

For the reasons stated on the record at the hearing, it is hereby ORDERED as follows:

1) The Court GRANTS Plaintiff's request for relief regarding his Responses to the Defendants' Requests for Admission. Plaintiff's Responses served August 4, 2026, shall be accepted as his operative responses to Defendants' Requests for Admissions. Any matter deemed admitted by operation of Federal Rule of Civil Procedure 36(a)(3) due to late service is withdrawn pursuant to Rule 36(b).

2) The Court DENIES Plaintiff's request for relief regarding his Requests for Admission to the State Defendants. State Defendants are not required to respond to Plaintiff's putative Amended Requests for Admission.

3) With regard to Plaintiff's request for "a limited Rule 30(b)(6) deposition of Coppin State concerning two discrete topics arising from the Ogletree investigation, or appropriate alternative relief concerning Mr. Robinson's deposition":

[1] The "State Defendants" are Derek J Carter, Coppin State University, Juan Deante Dixon, the State of Maryland, and the University System of Maryland.

a) The parties are directed to continue to meet and confer regarding a potential compromise resolution on this issue;

b) On or before September 15, 2026, the parties shall file either a joint motion requesting any proposed relief they have negotiated, or file a status report stating that no agreement has been reached and the parties request a ruling from the Court;

c) A continued virtual discovery conference is scheduled for September 18, 2026 at 11:00 AM, at which the Court will rule on this request for relief if the parties are unable to reach a compromise.

Despite the informal nature of this letter, it is an Order of the Court and will be docketed accordingly.

Sincerely,

*/s/*
Douglas R. Miller
United States Magistrate Judge
District of Maryland